UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

HAROLD FRAZIER :

          Plaintiff(s) :   **JUDGMENT**

(vs) :

                                  Civil #08-03524 (RBK)

BAYSIDE STATE PRISON, ET AL. :

:

          Defendant(s)

---

The Hon. John Bissell, Special Master, appointed by this Court

having found on November 18, 2008, and no timely objection having been filed,

IT IS, on this 27 day of January , 2009

ORDERED that the report of Hon. John Bissell dated November 18, 2008

is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants**

**Bayside State Prison, et al.** and against **plaintiff Harold Frazier.**

                                              HON. ROBERT B. KUGLER, U.S.D.J.